UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASC MACHINE TOOLS, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE BRADBURY COMPANY, INC., a Kansas corporation; DAVID BRADBURY; DAVID COX; and DON KOEHN,<br><br>    Defendants. | No. CV-05-224-JLQ<br><br>ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE |
| THE BRADBURY COMPANY, INC., a Kansas corporation; DAVID BRADBURY; DAVID COX; and DON KOEHN,<br><br>    Counter Plaintiff,<br><br>  vs.<br><br>ASC MACHINE TOOLS, INC., a Washington corporation; RAYMOND E. McGRIFF; DONALD R. CORNELL; and JAMES T. DUNN,<br><br>    Counter Defendants. | |

This matter comes before the Court on the parties' Joint Motion for Dismissal with

ORDER - 1

Prejudice. This Court being fully advised of the premises,

**IT IS HEREBY ORDERED**, that the parties' Joint Motion for Dismissal with Prejudice is granted. This action, including any and all claims and counterclaims, is hereby dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys fees.

The Clerk of this court shall enter this Order, enter judgment, forward copies to counsel and close this file.

Entered this 23rd day of March, 2006.

s/ Justin L. Quackenbush

JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2